1  MICHELE BECKWITH
   Acting United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | 2:25-CV-01207-DC-SCR
12 |         Plaintiff,
13 |     v.                           | ORDER REGARDING CLERK'S
                                      | ISSUANCE OF WARRANT FOR ARREST
14 | APPROXIMATELY $34,600.00 IN      | OF ARTICLES *IN REM*
   | U.S. CURRENCY,
15 |
   |         Defendant.
16

17

18     WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on April 25, 2025, in the

19 United States District Court for the Eastern District of California, alleging that the defendant

20 Approximately $34,600.00 in U.S. Currency (hereafter "defendant currency") is subject to forfeiture to

21 the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 *et*

22 *seq.*;

23     And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the

24 affidavit of Drug Enforcement Administration Special Agent Richard J. Britt, there is probable cause to

25 believe that the defendant currency so described constitutes property that is subject to forfeiture for such

26 violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant

27 to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture

28 Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency.

Dated: May 21, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE