ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:25-CV-01207-DC-SCR |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE DISCOVERY DATES AND ORDER |
| APPROXIMATELY $34,600.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States of America and claimant Alfred Andrews by and through their respective counsel, hereby stipulate:

1.      This stipulation is executed by all parties who have appeared in and are affected by this action.

2.      The government counsel is currently on paternity leave.  The parties respectfully request that the Court continue the below discovery deadlines to allow for the completion of non-expert depositions and to allow the parties' expert to review written discovery and deposition transcripts, as well as draft their expert reports in accordance with the Federal rules of Civil Procedure.

///

///

///

1

| Discovery Deadline | Current Date | Proposed Date |
|---|---|---|
| Fact Discovery | May 8, 2026 | June 22, 2026 |
| Initial Expert Witness Disclosure | June 8, 2026 | July 23, 2026 |
| Expert Rebuttal | July 8, 2026 | August 24, 2026 |
| All Expert Discovery | August 7, 2026 | September 21, 2026 |

3.      No change is being requested for the motions filing deadline of October 6, 2026.  No trial or settlement conferences dates have been scheduled in this matter.  This is the parties' first request for an extension.

Dated: _5/8/2026_                                         ERIC GRANT
                                                                        United States Attorney


                                                                        _/s/ Kevin C. Khasigian_
                                                                        KEVIN C. KHASIGIAN
                                                                        Assistant U.S. Attorney


Dated: _5/8/2026_                                  _/s/ Jake Erwin_
                                                                        JAKE ERWIN
                                                                        Attorney for Claimant Alfred Andrews
                                                                        (Signature authorized by email)

Dated: _5/8/2026_                                  _/s/ Timothy Zindel_
                                                                        TIMOTHY ZINDEL
                                                                        Attorney for Claimant Alfred Andrews
                                                                        (Signature authorized by email)


                                               **ORDER**

        IT IS SO ORDERED.

Dated: May 8, 2026

                                                                        _____
                                                                        SEAN C. RIORDAN
                                                                        UNITED STATES MAGISTRATE JUDGE

2

Stipulation and Order to Continue
Discovery Dates